**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BERNARD MARONEY,
          Plaintiff,

v.                                                                    Case No. 3:15-cv-916-J-39JBT

CSX TRANSPORTATION, INC.,

          Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 28;

Report) entered by the Honorable Joel B. Toomey, United States Magistrate Judge.

The Report recommends that the Undersigned dismiss this case pursuant to Local Rule

3.10(a), United States District Court for the Middle District of Florida, for Plaintiff's failure

to prosecute this case.  Report at 2-3. The parties did not object to the Report, and the

time to do so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If no specific

objections to findings of facts are filed, the district judge is not required to conduct a *de*

*novo* review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir.

1993); see also 28 U.S.C. § 636(b)(1).  However, a district judge reviews legal

conclusions *de novo,* even in the absence of an objection.  See Cooper–Houston v.

Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the factual and legal conclusions of the Magistrate Judge.

Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Doc. 28) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute this case. The Clerk of the Court shall terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this _28th_ day of September, 2016.

BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record